845 A.2d 767

**COMMONWEALTH of Pennsylvania, Appellant,**

v.

**James BANNIGAN, Appellee.**

Supreme Court of Pennsylvania.

Submitted Nov. 10, 2003.

Decided March 23, 2004.

Gayle M. Baker, Dianne E. Gibbons, Doylestown, for Commonwealth of Pennsylvania.

Vanessa L. Bellino, Lansdale, for James Bannigan.

Before CAPPY, C.J., and CASTILLE, NIGRO, NEWMAN, SAYLOR, EAKIN and BAER, JJ.

## *ORDER*

PER CURIAM:

**AND NOW,** this 23rd day of March, 2004, the order of the Bucks County Court of Common Pleas is reversed insofar as it declared the Registration of Sexual Offenders Act unconstitutional, and the case is remanded for further proceedings. *See Commonwealth v. Williams,* 574 Pa. 487, 832 A.2d 962 (2003); *Commonwealth v. Maldonado,* 576 Pa. 101, 838 A.2d 710 (2003).